**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60910-LEIBOWITZ**

**COPYCAT LEGAL PLLC and**
**DANIEL DESOUZA**,
  *Plaintiffs*,

*v.*

**CHARLES A. PERALO**,
  *Defendant.*
_____/

## ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANTS

  *Pro se* litigants, like all litigants, must comply with the rules of civil procedure, the Local Rules, and the Court's orders. The Court therefore **ORDERS** that *pro se* Defendant in this action shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions against *pro se* litigants. Some of the requirements of these rules are as follows:

  1. Although a *pro se* litigant is not entitled to the appointment of counsel in a civil case, **a pro se litigant may request to participate in the Volunteer Attorney Program** of the U.S. District Court for the Southern District of Florida by filing a motion for referral to Volunteer Attorney Program. A form for requesting a volunteer attorney can be found here: https://www.flsd.uscourts.gov/How-Request-Volunteer-Attorney-Pro-Bono. The Court, in its discretion, may grant the motion and direct the case to be placed on an online list of available cases for consideration by volunteer attorneys, who may volunteer to represent the *pro se* litigant in this case.

  2.  Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court.  No letters, pleadings, motions,

or other documents may be sent directly to the District Judge or Magistrate Judge's chambers.  Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

3.  All filed papers must include the case style, case number, and appropriate title in the format required by the Local Rules. *See* S.D. FLA. L.R. 5.1.  The signature block of each pleading must also contain the *pro se* litigant's name, address, and telephone number.

4.  All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney (or person) served.

5.  Litigants must <u>promptly</u> notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel. ***Pro se* litigants are required to supply the Court with their email address(es) and telephone number(s) to facilitate communication and the timely receipt of Court orders.**

6.  A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the Local Rules and the rules of procedure.

7.  No litigant may call the Judge's chambers for legal advice about the case. This prohibition applies equally to the litigant's friends, family, or acquaintances. Brief case status information may be available from the Clerk of Court.

8.  A *pro se* litigant bears responsibility for actively pursuing or defending his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

9.  The ***Clerk*** is **INSTRUCTED** to mail a copy of this Order to Defendant at the address below.

**DONE AND ORDERED** in the Southern District of Florida on June 11, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record
         Charles A. Peralo, *pro se*
         21 Scarborough Circle
         Rock Hill, NY 12775