**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60910-LEIBOWITZ**

**COPYCAT LEGAL PLLC and**
**DANIEL DESOUZA**,

  *Plaintiffs*,

*v.*

**CHARLES A. PERALO**,

  *Defendant.*

_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**[1]

  The parties are **ORDERED AND DIRECTED** to prepare and file a joint scheduling report and proposed scheduling order, as required by Local Rule 16.1, by **July 2, 2026.   In addition to the information required by Local Rule 16.1, each party must include a list and description of all cases (including but not limited to cases that are pending, closed, or administratively closed) in the Southern District of Florida that arise from, are related to, or are otherwise similar to this case.**   This requirement is independent of and in addition to a party's continuing duty to notify the court of similar actions pursuant to Local Rule 3.8 and Internal Operating Procedure 2.15.00. The list and description of the related or similar cases must be sufficient for identification, including but not limited to the parties, docket numbers, and judges assigned.   **Failure to comply strictly with these requirements may result in sanctions.**

  In addition, by **July 2, 2026**, to the extent not otherwise done, the parties must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons,

---

[1]  The parties must not include Judge Leibowitz or U.S. Magistrate Judge Augustin-Birch as interested parties unless the judge has an interest in the litigation.

associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.   Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on June 11, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record