IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

     Plaintiffs,

v.

CHARLES A. PERALO,

     Defendant.

---

## PLAINTIFFS' MOTION TO ALLOW FILING OF UNILATERAL SCHEDULING REPORT

Plaintiffs CopyCat Legal PLLC and Daniel DeSouza (collectively, the "Plaintiffs") hereby request that the Court allow Plaintiffs to file the attached unilateral scheduling report/proposed Scheduling, and in support thereof state as follows:

1.    On June 12, 2026, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties (the "Scheduling Report Order") [D.E. 16].  The Scheduling Report Order requires that the parties submit a ***joint*** scheduling report on or before July 2, 2026.

2.    That same day, undersigned counsel sent defendant Charles A. Peralo ("Defendant") an e-mail attaching the Scheduling Report Order, drafts of the joint scheduling report/proposed Scheduling Order, and a URL link to the Local Rules so that Defendant could confirm for himself the required information to be included in such documents:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



CopyCat Legal et al. v. Charles Peralo - joint scheduling report / proposed Schedul...

**Daniel DeSouza**
To  Charles Peralo
Cc  Talia Manreza; Pleadings

Fri 6/12/2026 11:26 AM

Copycat Legal et al v. Peralo - Joint Scheduling Report.docx
33 KB

Copycat Legal et al v. Peralo - Joint Proposed Scheduling Order.docx
22 KB

051129949276.pdf

Mr. Peralo,

Pursuant to the attached Order Requiring Report and Certificates of Interested Parties [D.E. 16], the parties must prepare and file a joint scheduling report and proposed scheduling order by July 2, 2026. I am attaching hereto Word drafts of both documents with proposed dates for the information required by the Local Rules. Here is a link to the Local Rules so you can see the information that is required:
https://www.flsd.uscourts.gov/sites/flsd/files/25-09-22%202025%20Local%20Rules%20effective%20120125%20-%20FINAL.pdf

Please let me know what proposed edits, if any, you have to both documents. As stated, the court requires these to be "joint" documents.

- Dan

3.      Defendant responded the same day as follows:

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Friday, June 12, 2026 12:29 PM
**To:** Daniel DeSouza <dan@copycatlegal.com>
**Cc:** Talia Manreza <talia@copycatlegal.com>; Pleadings <pleadings@copycatlegal.com>
**Subject:** Re: CopyCat Legal et al. v. Charles Peralo - joint scheduling report / proposed Scheduling Order

Oh and just in case I need to add this again.

You are fat fucking loser.

Get Outlook for iOS

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Friday, June 12, 2026 12:27:40 PM
**To:** Daniel DeSouza <dan@copycatlegal.com>
**Cc:** Talia Manreza <talia@copycatlegal.com>; Pleadings <pleadings@copycatlegal.com>
**Subject:** Re: CopyCat Legal et al. v. Charles Peralo - joint scheduling report / proposed Scheduling Order

Well, my big idiot is you're a fucking moron who is about to look like a fool yet again.

I feel bad for that other dude you failed, who you also threatened.

But you are my dancing monkey. For the rest of this, I'll get it resolved soon and look forward to smoking you.

4.      Despite at least thirteen (13) e-mail follow-ups and a telephone call with Defendant on June 17, 2026, Defendant has to date not approved the filing of the joint scheduling report or made any edits thereto for undersigned counsel's review.

2

5.      To date, Defendant's only comments (other than insults) have been to suggest pushing back every deadline therein by "3+ months" and "can we agree any actually meetings with parties I'd have to do will be done electronically if I prefer?"

6.      Despite undersigned counsel's proposal to add language to address his request on the deadlines and inquiring as to what Defendant meant by the latter question, Defendant has not responded:

RE: CopyCat Legal et al. v. Charles Peralo - joint scheduling report / proposed ...                    Summarize

**DD**   Daniel DeSouza                                    Reply    Reply All    Forward
         To  Charles Peralo                                                Mon 6/29/2026 11:59 AM
         Cc  Talia Manreza; Pleadings

I'm not sure what you're referring to when you say "meetings with parties." I'm fine doing depositions/meetings remotely, but if you're referring to court hearings that the judge sets for in-person, then that is something you'd need to file a motion with the judge (for each such hearing). You and I can't stipulate as to how a judge runs his/her courtroom.

To accommodate your request, I added the below footnote. If this works for you, please let me know if I can add your electronic signature (/s/) to the report and get it filed.

C.   *Proposed Limits on the Time:*[1]

_____

[1]      Defendant has requested that each deadline set forth herein be pushed back at least 3 months. Plaintiff does not believe that the facts/allegations in this case justify extending the stated dates any further.

7.      Given the foregoing and the fact that the scheduling report/proposed Scheduling Order are due today, Plaintiffs request that the Court accept Plaintiff's unilateral documents.

8.      Although Plaintiffs **do not** agree with Defendant's request to extend all the deadlines by "3+ months" (as Plaintiff has already proposed a lengthy 7.5 month discovery period and the complexity of this action does not justify any lengthier period), the attached scheduling report does note Defendant's request.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order: (a) accepting Plaintiffs' unilateral joint scheduling report/proposed Scheduling Order and (b) for such further relief as the Court deems proper.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Dated: July 2, 2026.                                COPYCAT LEGAL PLLC
                                                    3111 N. University Drive
                                                    Suite 301
                                                    Coral Springs, FL 33065
                                                    Telephone: (877) 437-6228
                                                    dan@copycatlegal.com
                                                    talia@copycatlegal.com


                                                    By: /s/ Daniel DeSouza
                                                        Daniel DeSouza, Esq.
                                                        Florida Bar No.:  19291
                                                        Talia Manreza Vives, Esq.
                                                        Florida Bar No.: 1058838

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.  I further certify that on April 28, 2026, the foregoing document was served on Defendant via US Mail/Federal Express to Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775 and via e-mail to: Charles@Peralo.com.

                                                    /s/ Daniel DeSouza
                                                    Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228