UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60910-LEIBOWITZ

COPYCAT LEGAL PLLC and
DANIEL DESOUZA,

     *Plaintiffs*,

*v.*

CHARLES A. PERALO,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On June 11, 2026, this Court entered an order denying *pro se* Defendant Charles A. Peralo's ("Defendant") Motion to Dismiss and ordering him to file an answer to Plaintiffs' First Amended Complaint [ECF No. 6] no later than June 25, 2026. [ECF No. 13]. Defendant failed to do so. Plaintiffs then moved for, and were granted, a Clerk's Default against Defendant. [ECF Nos. 20, 21]. On July 2, 2026, Plaintiffs filed a Motion to Allow Filing of Unilateral Scheduling Report [ECF No. 22] in which they represent that Defendant has refused to meaningfully participate in drafting a joint scheduling report pursuant to this Court's June 12, 2026, Order [ECF No. 16]. **Defendant is warned that failure to defend himself in this action may result in a judgment being issued against him.** *See* Fed. R. Civ. P. 55(a).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant shall file an Answer to the First Amended Complaint [ECF No. 6] **no later than July 16, 2026**. Failure to do so will result in entry of an order directing Plaintiffs to file a motion for entry of final default judgment.

2. The parties shall meet and confer telephonically and file a joint scheduling report and proposed scheduling order, as required by Local Rule 16.1, **no later than July 10, 2026**.

3. Plaintiffs' Motion to Allow Filing of Unilateral Scheduling Report [ECF No. 22] is **DENIED** *without prejudice*.

4. Plaintiffs shall file a certificate of service showing that a copy of this Order was served on Defendant via email and certified mail **no later than July 9, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record