IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

     Plaintiffs,

v.

CHARLES A. PERALO,

     Defendant.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE THE JOINT
SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiffs CopyCat Legal PLLC and Daniel DeSouza (collectively, the "Plaintiffs") hereby request an extension of time for the parties to file the joint scheduling report and proposed scheduling order plan and in support thereof state as follows:

1. On July 7, 2026, the Court entered an Order Denying Motion to Allow Filing of a Unilateral Scheduling Report (the "Order") [D.E. 23].  The Order requires that the parties submit a *joint* scheduling report ("Joint Report") and proposed scheduling order ("Scheduling Order") on or before July 10, 2026.

2. In response to the Order, Defendant stated he was in Las Vegas for a conference and that he wanted Plaintiffs' support that he be allowed to attend all court proceedings remotely. Plaintiffs' counsel explained that it was agreeable to remote/Zoom depositions but that the Court controlled what proceedings (if any) would be conducted remotely (though Plaintiffs would not oppose remote attendance at non-substantive hearings).

3. Despite a multitude of subsequent follow-ups, Defendant has not approved the proposed

Joint Scheduling Report or proposed any further edits thereto.  Other than his question regarding remote court proceedings, he has not offered any input on the Joint Scheduling Report (other than his earlier request to push back all proposed deadlines by 3+ months which was previously noted in Plaintiffs' motion to file a unilateral report).

4.  Given that Plaintiffs cannot file the report jointly without Defendant's consent, Plaintiffs request an extension of time (until July 17, 2026) for the Parties to comply with the Order.

5.  The requested relief is made in good faith and the relief being sought will neither unfairly prejudice Plaintiff or Defendants, nor cause undue delay.

## LOCAL RULE 7.1(a)(2) CERTIFICATE

Prior to filing this Motion, Plaintiffs attempted to confer with Defendant concerning the relief requested but have not heard back from Defendant in response to multiple outreaches.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting this Motion.

Dated: July 10, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
      Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on July 10, 2026, the foregoing document was served via email to Charles A. Peralo (charles@peralo.com).

/s/ Daniel DeSouza

Daniel DeSouza, Esq.