UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60910-LEIBOWITZ

COPYCAT LEGAL PLLC and
DANIEL DESOUZA,
    *Plaintiffs*,

*v.*

CHARLES A. PERALO,
    *Defendant.*

_____/

## SHOW CAUSE ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Extension of Time to File the Joint Scheduling Report and Proposed Scheduling Order [ECF No. 26], filed July 10, 2026 (the "Motion").

It appears that *pro se* Defendant Charles A. Peralo ("Defendant") has refused to participate in this lawsuit. On June 11, the Court denied Defendant's Motion to Dismiss, noting it bore the indicia of AI-generated material, and ordered Defendant to file an answer to Plaintiff's first amended complaint no later than June 25, 2026. [ECF No. 13 at 10]. Defendant missed that deadline. On July 7, Plaintiffs informed the Court that Defendant refused to participate in drafting a joint scheduling report per this Court's June 12 Order [ECF No. 16], "[d]espite at least thirteen (13) e-mail follow-ups." [ECF No. 16 ¶ 4]. The Court ordered the parties to meet and confer and file a joint scheduling report by July 10. [ECF No. 23]. Plaintiffs now inform the Court that despite several attempts to confer with Defendant, he has failed to provide input on the joint scheduling report and stated he was "in Las Vegas for a conference." [ECF No. 26 at 1–2].[1]

---

[1]    Plaintiffs also indicated Defendant requested a stipulation to "attend all court proceedings remotely." [ECF No 26 ¶ 2]. Nipping this one in the bud, this Court holds hearings in person, in Miami, except for extraordinary circumstances.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant shall **SHOW CAUSE** in writing why he should not be sanctioned for failure to meaningfully participate in this lawsuit **no later than July 24, 2026**.  Failure to comply with this Order will result in sanctions without further notice.

2. Plaintiff's Motion **[ECF No. 26]** is **GRANTED IN PART**.  The parties shall meet and confer telephonically and file a joint scheduling report and proposed scheduling order, as required by Local Rule 16.1, no later than **July 31, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on July 13, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record