IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

     Plaintiffs,

v.

CHARLES A. PERALO,

     Defendant.

_____

## **DECLARATION OF DANIEL DESOUZA**

Daniel DeSouza does hereby declare pursuant to 28 U.S.C. § 1746:

1.      I submit this declaration in support of Plaintiffs' Motion for Default Final Judgment against defendant Charles A. Peralo ("Defendant").  This declaration and the facts stated herein are based upon my personal knowledge.

**I.     Plaintiffs' Business**

2.      CopyCat Legal is a law firm that primarily represents clients in intellectual property and business litigation matters throughout the United States.

3.      CopyCat Legal represents over 200 clients in both transactional and litigation matters throughout the country.

4.      Its attorneys have appeared in and litigated over 800 federal court lawsuits in Florida, New York, California, Texas, and a multitude of other states around the United States.

5.      In addition to trial courts, CopyCat Legal's attorneys have appeared in and argued multiple appellate proceedings, including at least two (2) cases in which CopyCat Legal's clients

successfully opposed petitions for writ of certiorari at the United States Supreme Court.

6.       From its inception in 2019 through the present date, CopyCat Legal has built a stellar reputation amongst professional creatives (who comprise the bulk of CopyCat Legal's clients) and the legal community.  CopyCat Legal regularly writes on intellectual property topics, hosts webinars for clients/prospective clients, and participates in speaking engagements on intellectual property subjects around the country.

7.       I am a founder and the managing attorney/partner of CopyCat Legal.

8.       I am a 2004 graduate of the George Washington University Law School and am admitted to the Florida Bar, the New York Bar, the D.C. Bar, the New Jersey Bar, the Pennsylvania Bar, and the Georgia Bar.  I am likewise admitted to several federal courts throughout the country, including: the United States Supreme Court; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Eighth Circuit; the United States Court of Appeals for the Tenth Circuit; the United States Court of Appeals for the Second Circuit; the United States District Court for the Southern District of Florida; the United States District Court for the Middle District of Florida; the United States District Court for the Northern District of Florida; the United States District Court for the Southern District of Texas; the United States District Court for the Eastern District of Texas; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court for the Northern District of New York; the United States District Court for the Western District of New York; the United States District Court for the Western District of Arkansas; the United States District Court for the District of Nebraska; the United States District Court for the District of New Mexico; the United States District Court for the District of Colorado; the United States District Court for the Eastern District of Michigan; the United States District

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

Court for the Western District of Michigan; the United States District Court for the Northern District of Illinois; the United States District Court for the District of Maryland; the United States District Court for the Western District of Texas; the United States District Court for the Eastern District of Missouri; the United States District Court for the District of Columbia; the United States District Court for the Eastern District of Oklahoma; the United States District Court for the District of New Jersey; the United States District Court for the Eastern District of Pennsylvania; the United States District Court for the Western District of Pennsylvania; the United States District Court for the Middle District of Pennsylvania; the United States District Court for the Northern District of Indiana, and the United States District Court for the Northern District of Georgia.

9. I previously worked at Milbank, Tweed, Hadley & McCloy LLP (from 2004 – 2010) and Becker & Poliakoff, PA (from 2010 – 2014) before forming DeSouza Law, P.A. in 2014 and CopyCat Legal in 2019.

10. Since 2004, my practice has principally focused on business/complex commercial and intellectual property litigation. I have appeared in a multitude of state and federal lawsuits across the country, have served as lead counsel in multiple jury/non-jury trials, and am a well-respected practitioner amongst my peers, clients, and opponents.

## II. Defendant's Business

11. Defendant is a digital content creator who primarily focuses on producing videos in short form for his YouTube, TikTok, SnapChat, and Instagram viewers. Defendant promotes on his social media to have "over 2 million followers across social media, 2.5 billion views and the over 4 billion impressions in polls/quizzes." Defendant also promotes to have "been consistently one of the biggest YouTube shorts creators" and "one of the highest earning Snapchat creators of all time."

12.     Defendant advertises/markets his business through his social media (e.g., https://www.youtube.com/user/Charlesperalo, https://www.instagram.com/charlesperalo/, https://www.instagram.com/charlesperalo/, https://www.facebook.com/charlesperalo/, https://www.tiktok.com/@charlesperalo?lang=en, https://www.snapchat.com/@charlesperalo, and https://www.threads.com/@charlesperalo) and other forms of advertising.

13.     Defendant generates millions of views from consumers of his digital shorts/videos. Those views translate into income for Defendant who boasts that he earns "$250,000 per year off TikTok, YouTube and Snapchat."

## III.    The Underlying Copyright Infringement Matter

14.     One of CopyCat Legal's clients is a photography agency that represents (all around the world) over 100 professional portrait, lifestyle, beauty, and fashion photographers.

15.     Such client discovered that Defendant was utilizing at least fourteen (14) of its professional photographs as the thumbnail/cover photograph for a multitude of YouTube, TikTok, and other for-profit videos in which Defendant speaks as to various topics concerning the actor who is the subject of such photograph.  Examples of such are displayed below:






Andrew Garfield doubted
Tobey Maguire

Andrew Garfield kept
straight

53K views

1.2M views

16.     After discovering what it believed to be infringement of its copyrights in the subject photographs, the client retained CopyCat Legal to send a pre-suit infringement notice to Defendant and, if necessary, to pursue a lawsuit in connection therewith.

17.     In connection therewith, on March 17, 2026, CopyCat Legal sent Defendant (via e-mail and US Mail) a letter (signed by me) with respect to Defendant's alleged infringement of its client's photographs.  The letter demanded that Defendant cease using the subject photographs and likewise included a monetary proposal to resolve Defendant's alleged infringement.

18.      In response (beginning on the same date), Defendant lashed out in a tirade against Plaintiffs and their client, first proclaiming that the videos utilizing the subject photographs "will remain up, and will be used in future content.  In fact, I will find away to use some of these images again today."

19.     Following this initial e-mail, Defendant sent at least a dozen other e-mails to Plaintiffs and made several telephone calls to Plaintiffs to express his apparent displeasure with receiving notice of his alleged infringement of copyright.

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

20.     Rather than address the merits of the copyright claim, Defendant opted instead to call a female employee of CopyCat Legal a "cunt," told the receptionist at CopyCat Legal (another female employee) to inform the aforementioned female employee that she is a "cunt," referred to himself as DeSouza's "master," and threatened to launch an investigation/publish videos about Plaintiffs if their client pursued its copyright infringement claim against Defendant.

21.     Examples of some of Defendant's e-mails are shown below:



Re: August Image, LLC v. Charles A. Peralo

Charles Peralo <charles@peralo.com>
To   Daniel DeSouza; Larissa Benyard; bonedaddymd@aol.com                3/17/2026

Also, going forward Danny Boy, I'd prefer if you don't call me Charles Peralo.

Master Peralo
Daddy C
King Charles
The man your wife wishes she was fucking
Lawyer Crusher

And for you, I'll let you pick from the following nicknames.

Lionel Hutz
Danny Small Penis
Parasite Dan
Saul Goodman's Assistant
Charles's Bitch
The King of Devry
Ambulance Chasing Danny
Loser Dan
The legal systems bitch

You pick one you'd like! Number two looks like it fits you!

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

### Re: August Image, LLC v. Charles A. Peralo



**CP**  Charles Peralo <charles@peralo.com>
To  Daniel DeSouza; Larissa Benyard; bonedaddymd@aol.com

3/17/2026

Oh and one more thing, Small Penis Dan...

When you want to scare a person as a lawyer, try using a case YOU WON.

Not give me a bunch of examples that don't relate to this from actual lawyers.

Btw Larissa, would you like more photos of me?

Something to think about when your beer bellied husband returns from work and you stare off at the TV wondering where the last 30 years went and what happened to your youth?

### Your video

**CP**  Charles Peralo <charles@peralo.com>
To  Daniel DeSouza
Cc  Larissa Benyard

3/18/2026

Hey Danny Boy,

Because you didn't want to answer my call this morning, where I planned to mock and call you out as a loser, I made a video on you!

https://www.tiktok.com/t/ZP8bS8uQ1/

Going to blast this out loud and proud, exposing you, your practice and your profession as the leeches they really are!

Got invited on two podcast with over a million subscribers to discuss, will use dialogue from you, your history and going to fire back showing how sad your profession truly is.

Peace Bitch

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

**You're famous!**

CP　Charles Peralo <charles@peralo.com>
To　Daniel DeSouza
Cc　Larissa Benyard

3/19/2026

Scamming Dan, congrats!

You are at 50,000 views and based on numbers, I can project that video will hit over 100,000 views and who knows, maybe 500,000+ people see it.

I'm sure you're excited for it, but maybe you're not.

In that case... They'll be more to come and I promise you I'll get 10+ million people knowing you as Scamming Dan, get you in some serious shit for the crap your firm does and try to disbar you and worse, you won't be able to keep funding those god awful glasses anymore.

So how about this... Surrender to me now and I'll let you walk! You surrender to me now and I'll let you off the hook.

I

Will

Let

You

Off

I know you're gonna beg for it. Don't worry man, it's okay. Sometimes people get out of their lane and have to be spanked by their betters.

Your ass is red now, so surrender and go back to your hermit shell.

Best,

Your Master

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

## Danny Boy



**CP**  Charles Peralo <charles@peralo.com>
To  Daniel DeSouza
Cc  Larissa Benyard



3/19/2026

Scamming Dan,

You know I'm just gonna get louder. You're being spanked for the whole world to see your face turn red.

Mark my words...

The world is going to know you as Scamming Dan for the rest of your days and I expose your practice as the crooks you are.

You gotta realize this. You came to the court, but not the legal court. This is the kings court, I'm the king and you're my new jester.

So when I call, you stay on the line, because you're the dancing monkey. Your job is to entertain.

Best,

Your Master Charles

## Re: Copycat Legal PLLC v. Charles A. Peralo/Case No. 0:26-cv-60910-DSL

**CP**  Charles Peralo <charles@peralo.com>
To  Pleadings; bonedaddymd@aol.com
Cc  Daniel DeSouza; Talia Manreza; Larissa Benyard

4/21/2026



Image.jpeg
778 KB

Oh and because you loved my last poll so much, let's add another one!

Btw, the $193,000 in your BS charges I had every right to call part of your scam and can continue.

I don't think you really are anything remotely relevant of a human and just some failure at basically everything.

Also, just an FYI in defamation, you need to show both lost income and lies. I did neither, but just exposed you as a crack shack law firm.

Now you take your aged cunts you keep CC'ing in these and go chase an ambulance.

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

## Dipshit



**CP** — Charles Peralo <charles@peralo.com>
To  Daniel DeSouza
Cc  Larissa Benyard

4/28/2026

Btw, I found it hilarious you lost a client over me, it'll be MANY more, but...

When we spoke you judged me as a TikToker mocking me saying that's how I live my life. I mentioned YouTube and again, you mocked me.

First up, I make more money than you and that's not gonna be hard after what I'm going to do to your firm in exposing it.

Second, you said I did $75,000 in damages to you. You still underestimating a TikToker after I did that to you?

## Re: SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copy...



**CP** — Charles Peralo <charles@peralo.com>
To  Pleadings; bonedaddymd@aol.com
Cc  Daniel DeSouza; Talia Manreza

4/28/2026

So... You every go a day in your life without being a complete and total pussy?

Get Outlook for iOS

**From:** Pleadings <pleadings@copycatlegal.com>
**Sent:** Tuesday, April 28, 2026 5:12:51 PM
**To:** Charles Peralo <charles@peralo.com>; bonedaddymd@aol.com <bonedaddymd@aol.com>
**Cc:** Daniel DeSouza <dan@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Legal PLLC v. Charles A. Peralo

| | |
|---|---|
| **Court:** | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| **Case No.:** | 0:26-cv-60910-DSL |
| **Plaintiff(s):** | COPYCAT LEGAL PLLC and DANIEL DESOUZA |
| **Defendant(s):** | CHARLES A. PERALO |
| **Title of Document(s):** | FIRST AMENDED COMPLAINT |
| **Sender's Name:** | Daniel DeSouza, Esq. |
| **Sender's Telephone No.:** | (954) 900-9014 |

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340



**IV.   Defendant's Continued Defamatory/Disparaging Conduct**

22.   Unhappy with the fact that his threatening e-mails and foul comments to CopyCat Legal's female staff were not dissuading Plaintiff's client from pursuing its copyright infringement claim, Defendant opted for a new tactic of directly disparaging/defaming Plaintiffs to his

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

approximately 2 million followers/subscribers.

23. On March 18, 2026, Defendant published a video on his YouTube, TikTok, and/or other social media platforms titled "This guy is 'suing' me" (hereinafter, the "Video").

24. The Video is approximately 6 minutes long, uses a photograph of DeSouza as the thumbnail/cover photograph of the video, and displays several other photographs of DeSouza/CopyCat Legal's staff throughout the Video.

25. The Video starts by stating that 'this guy' (DeSouza) is trying to sue Defendant for $280,000.00, specifically identifying DeSouza as "Daniel DeSouza, a lawyer out of Florida."

26. The Video then goes on to remark that, for the purposes of the remainder of the Video, "we're going to call him Scamming Dan."

27. Defendant then speaks about CopyCat Legal, displaying a caption over a screenshot of the firm's website stating that "CopyCat Legal [is] focused on filling pockets" while claiming to help photographers.

28. Defendant then proclaims that Plaintiffs do not know the law regarding copyright "because Scamming Dan does not actually practice the law."

29. Defendant then states that I 'bragged' to Defendant that I won $203,000.00 in a case recently to which Defendant states he wanted to know "what the hell" that case was about.

30. The video then goes on to purportedly discuss the outcome of Harrington v. Deepak Dugar, M.D., Case No. 2:22-cv-08230 (C.D. Cal.) (the "Dugar Lawsuit").

31. The Dugar Lawsuit involved a claim for copyright infringement with respect to a single photograph by one of Plaintiffs' clients against a plastic surgeon in Beverly Hills, California.

32. The Dugar Lawsuit was filed on April 20, 2022 and proceeded to a 3-day trial from May 28, 2024 – May 30, 2024 for which the jury returned a $10,000.00 verdict in Plaintiffs'

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

client's favor.

33.     Following the trial, Plaintiffs' client filed a motion for prevailing party fees which may be awarded (by discretion) under the Copyright Act.  That motion sought an award with respect to more than 370 hours of fees incurred by myself, an associate attorney, and multiple paralegals throughout the > 2 years the Dugar Lawsuit was litigated (during which time there were > 230 docket entries).

34.     The defendant in the Dugar Lawsuit opposed the motion for fees and, following a hearing thereon, Judge Vera of the Central District of California issued an 11-page opinion awarding 100% of the fees sought by Plaintiffs' client ($193,032.50), concluding: "Considering this case concluded in a jury trial and verdict, the Court finds that the total of 370.3 hours was reasonable."

35.     Although I explained the outcome of the Dugar Lawsuit to Defendant on a telephone call and likewise e-mailed him a copy of the fee Order therein on March 17, 2026, Defendant chose to grossly misrepresent the facts of the case to his viewers/subscribers in an effort to disparage Plaintiffs.

36.     In the Video, Defendant purports to explain the background facts of the Dugar Lawsuit, noting that Plaintiffs' client was awarded $10,000.00 and then stating that "what Scamming Dan did after that is absolutely immoral."

37.     Defendant then remarks that Dr. Dugar "got scammed by Scamming Dan in the first place.  Because what happens is a lot of law firms like Scamming Dan's law firm, they actually work with these photographers to place the photos strategically online hoping people use them just so they get baited and putting them on their website and they can try to sue them later on because they have a bunch of bots and they try to make thousands of lawsuits every single year."

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

38.     Defendant then remarks that 'Scamming Dan' is likely in on it (the aforementioned scam described by Defendant).

39.     Defendant then goes on to say that I am telling clients that I will represent them for free, but if I win, "I get to grossly exaggerate how much money we're going to do here."

40.     Defendant then goes on to state that I am marking up legal fees so grossly that I am "a disgusting person."

41.     The Video has been viewed approximately 175,000 times by Defendant's subscribers/followers and various other persons, including multiple persons in Florida.

42.     For example, on March 13, 2026, a Florida attorney who I have previously represented in a civil matter reached out to me with respect to a lawsuit that had recently been filed against such attorney in the United States District Court for the Southern District of Florida.

43.     Given my prior representation of such attorney, he was inquiring whether I could represent him in the 219-paragraph malicious prosecution action that had been filed against him.

44.     Although I and the attorney were finalizing terms for such representation, on March 20, 2026 that attorney e-mailed me that he (while in Boca Raton, FL) had watched the Video and, as a result, decided to hire a different attorney to represent him in the malicious prosecution lawsuit.

45.     On March 19, 2026, one of CopyCat Legal's clients likewise e-mailed me stating that she had seen the Video and was deeply concerned by the content of such and believed CopyCat Legal's continued representation of her could reflect poorly on her own reputation given the substance of Defendant's assertions.

46.     Upon information and belief, at least 1,000 different individuals who were physically located in Florida viewed the Video and read the various comments/remarks made

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

thereon.

47.     This includes at least a dozen non-attorney employees of CopyCat Legal, at least one prospective client of mine, and at least two (2) other Florida attorneys who Plaintiffs have previously worked with.

48.     After posting the Video, Defendant published a poll on YouTube in which he asked viewers whether I am a scammer.  In the first pinned comment thereon, Defendant remarked that I "has a law firm called copycat legal, where he sues 4,000+ people per year for misuse of images, only charges clients if he wins, so he can use loser pays to his advantage and likely is running honey posts online, hoping people take the image."

49.     Defendant then posted my e-mail address and encouraged his viewers/followers to "trash" me.

50.     In the comments to that poll, Defendant again accuses me of inflating my fees in the Dugar Lawsuit:

> **@Charlesperalo** ✓  9 days ago
>
> Courts don't normally do that, but this particular case is loser pays.
>
> He also wouldn't charge his client $193,000 if he lost.
>
> His goal is inflate numbers so the loser pays big.
> Show less

51.     The foregoing poll garnered 177,000 votes to date and has more than 547 comments posted, many of which were led by Defendant to believe that Plaintiffs charged their client in the Dugar Lawsuit $193,000.00 in fees, that Plaintiffs conspired with their client to lure Dr. Dugar into using he photograph, or that Plaintiffs somehow grossly inflated their fees in the Dugar Lawsuit (even though such fees were challenged, reviewed, and found to be 100%

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

reasonable).

52. Between his TikTok and YouTube versions of the Video, there are over 250 comments – many of which believe Defendant's assertions, refer to Plaintiffs as scammers, threaten physical violence against Plaintiffs, threaten that Plaintiffs should be disbarred, etc.

53. Other comments, however, warned Defendant that his conduct was likely to get Defendant sued for defamation and/or copyright infringement.

54. Perhaps in response to those warnings, Defendant once again re-engaged by sending multiple e-mails to me in which he boasts about his online following, threatens to have ne disbarred, and asserts that Plaintiffs lied about incurring hundreds of hours of fees for a 3-day trial in the Dugar Lawsuit.

55. Defendant continued sending such e-mails, several of which are extortionate in nature, for the express purpose of discouraging Plaintiffs and their client from pursuing claims against him.

56. Upon information and belief, Defendant likewise privately communicated with many of his followers/subscribers and further conveyed the same representations – that Plaintiffs are scammers, that they grossly inflated their billing on the Dugar Lawsuit, that the Dugar Lawsuit took place over a 3-day period and therefore it was impossible to bill hundreds of hours of fees, that I am a scammer, that Plaintiffs conspired with their clients to cause businesses/persons to commit copyright infringement, etc. – all of which is false and which Defendant knew was false at the time he made these statements.

57. Defendant publicly and privately encouraged his followers/subscribers to contact Plaintiffs and harass them in the same manner as Defendant.

58. Many of Defendant's followers/subscribers followed his directive and either e-

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340

mailed Plaintiffs or submitted messages through the contact form on CopyCat Legal's website – the bulk of which parroted Defendant's lies and threats.

59.    For example, several of Defendant's followers/subscribers messaged Plaintiffs as follows:

**Tell us what happened**

Your organization chokes on it's greed, and shall drown in it's own semen and blood, begging to be let free. The number I gave is fake. Your company may as well jump in a pit of fire with all the other greedy corporates.

**Comment or Message**

DANIEL DESOUZA A BITCH FOR STEALING THAT DOCTOR MONEY

**Tell us what happened**

I heard you are scamming people and that fuckhead Daniel DeSouza needs to have his license revoked and should be imprisoned

| From: | karl |
| To: | Daniel DeSouza |
| Date: | Thursday, March 19, 2026 12:12:42 PM |

Yooooo is that big Scamming Dan
Charging 200k legal fees for 10k payout
Scamming lil wank aren't ya
Now suing Charles peralo for callin u out haha
We all hope you end up alone and run outta toilet paper while taking a big fat sh!t hahaha

| From: | Isaiah Simmons |
| To: | Daniel DeSouza |
| Subject: | Your workstyle |
| Date: | Friday, March 20, 2026 1:55:29 AM |

Hi! I actually just heard about you and I wanted to tell you something. It takes a different kind of scumbag to charge nearly 20x settlement for people you supposedly "win" cases for, if the alternative is getting screwed out of WAY more money then they'd be better off hoping they have a good public defender. I mean, I know lawyers get dogged on for being soulless monsters who value money over all else but you're seriously trying to make that a reality? Where is your ethics? Why say you'll only charge if you win and then charge more than the settlement for the injured party? Do you truly lack a soul or has greed corrupted and consumed it, leaving only a husk of a person who values money over all else?

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340



**Alec T**
1 review

★☆☆☆☆  a day ago  NEW

Terrible experience! The firm asked me if I wanted to work with them in taking photos and placing them online so I can get a settlement from small businesses. I said no but they were really pushy, made me uncomfortable especially when Dan DeSouza tried to touch me inappropriately.

From Chase Yancey <chaseyancey@gmail.com>
Date  Thu 3/26/2026 9:16 PM
To    Daniel DeSouza <dan@copycatlegal.com>

You are an absolute fucking piece of shit. Who the fuck wins his client $10,000 only to charge them $193,000?!! Absolute fraud.
Yours truly,
Chase Yancey

60.     The above are not the only examples of Defendant lashing out against Plaintiffs with false, misleading, and defamatory statements, all maliciously designed to steer attention away from his own copyright infringement and to discourage Plaintiffs' client from pursuing an infringement lawsuit against him.

61.     Defendant has made a multitude of false, disparaging statements about Plaintiffs to a multitude of third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2026                           __/s/ Daniel DeSouza_____
                                                Daniel DeSouza

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340