IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

      Plaintiffs,

v.

CHARLES A. PERALO,

      Defendant.

_____

## **NON-MILITARY AFFIDAVIT**

Daniel DeSouza, Esq., being first duly sworn upon oath, does hereby state and affirm as follows:

1.      I am counsel of record for plaintiffs in this lawsuit.

2.      To the best of my knowledge, information, and belief, defendant Charles A. Peralo ("Defendant") is not in the military service of the United States of America (or in the military service of any nation allied with the United States of America) and is not a member of the military reserves who has been ordered to report for military service.

3.      Attached hereto as Exhibit "1" is a true and correct copy of a Department of Defense Manpower Data Center Report, dated July 20, 2026, which specifically states that Charles A. Peralo is currently not on Active Military Duty, based on the birth date and name provided. The Defense Manpower Data Center is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System database which is the official source of data on eligibility for military medical care and other eligibility systems.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel DeSouza

Sworn to and subscribed before me this 20th day of
July, 2026.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Vanessa Binetti
_____
Printed Name of Notary Public

My Commission Expires: June 4, 2029

VANESSA N. BINETTI
MY COMMISSION # HH 683977
EXPIRES: June 4, 2029

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340