IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

      Plaintiffs,

v.

CHARLES A. PERALO,

      Defendant.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 20, 2026, a true and correct copy of the Court's Order on Final Default Judgment Procedures and Vacating Order Directing the Parties to Meet and Confer [D.E. 31] and Plaintiff's Motion for Default Final Judgment (Liability Only) and its attachments [D.E. 32] were served via First-Class US Mail and FedEx to Charles Peralo, 21 Scarborough Circle, Rock Hill, NY 12775, and via e-mail to Charles@Peralo.com. Proof of Mailing and FedEx Label are both attached.

      Respectfully submitted,

Dated: July 20, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228