IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL
DESOUZA,

     Plaintiffs,

v.

CHARLES A. PERALO,

     Defendant.

---

## NOTICE OF FILING PROOF OF FEDEX DELIVERY

Undersigned counsel hereby gives notice of filing the attached FedEx Proof of Delivery of Order on Final Default Judgment Procedure and Vacating Order Directing the Parties to Meet and Confer [D.E. 31] and Motion for Default Final Judgment (Liability Only) [D.E. 32] delivered upon defendant Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775, on July 23, 2026. See the attached proof of FedEx delivery.

Dated: July 24, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
talia@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Talia Manreza Vives, Esq.

## CERTIFICATE OF SERVICE

1

I hereby certify that on July 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza

Daniel DeSouza, Esq.