July 24, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 874635969951

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | ROCK HILL, NY, |
| | | Delivery date: | Jul 23, 2026 14:07 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 874635969951 | Ship Date: | Jul 21, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**

ROCK HILL, NY, US,

**Shipper:**

Coral Springs, FL, US,

Reference                  Peralo - Order DE 31 & M4DJ

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx