UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and
DANIEL DESOUZA,

    Plaintiffs,

v.

CHARLES A. PERALO,

    Defendant.



FILED BY _____ D.C.

JUL 3 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### DEFENDANT'S MOTION TO SET ASIDE CLERK'S DEFAULT

Defendant Charles A. Peralo ("Defendant" or "I"), proceeding pro se, respectfully moves

to set aside the Clerk's Default that was entered against him in this action filed by Plaintiffs

CopyCat Legal PLLC ("CopyCat") and Daniel DeSouza ("DeSouza") (collectively, "Plaintiffs").

Defendant respectfully submits that he should be permitted to defend on the merits of the case, as

all causes of action arise from his first amendment protected speech.

Defendant is currently in a legal battle with Plaintiffs over the claims of defamation to

DeSouza's firm and character. I was informed yesterday, July 30, 2026, that there is a motion

from DeSouza to default on my case and that I need to act immediately to prevent this, as a

default cause me to lose a case where I believe I'm innocent.

I am content creator based out of New York and have spent the last 16 years dedicated to

social media. I have owned five different websites, have had 40 million followers across three

companies and have hired 35 different people over that time. The last five years, I have worked

full time as a content creator on TikTok, YouTube and Snapchat making content covering news

1

in pop culture, business, technology and politics. I have reached millions of people with billions of views, trying to bring ethics to journalism and employing free-speech rights to make the internet a better place.

Earlier this year, I received emails from a company called CopyCat Legal run by DeSouza, informing me that due to 15 images in TikTok videos, I was facing $400,000 in lawsuits. After quick research uncovered no evidence that such a judgment has been obtained in the past, I assumed that the letter was a scam. This type of scam is not uncommon in the social media profession, where fake copyright cases are prevalent, as well as fake management of celebrities. I responded with choice words, effectively calling Plaintiff's scammers and was not fully aware that Plaintiffs were actual lawyers during that response.

Eventually I got into a direct call with DeSouza after a tough exchange of emails on both sides, where DeSouza responded to my conduct with his own, saying my nails were overgrown and other insults towards my personality and body, which made me believe this was not a real lawyer. I got on the phone and had a heated discussion, where he ultimately proved he was a lawyer, but when I asked about his win record, he bragged about a $200,000 win in California, where he only got $10,000 for his client and used fee shifting to get $195,000 for himself.

He also undermined me as a TikTok creator, where he mocked and laughed at my career. In response to that attack on my industry, and also my disgust to the practices from DeSouza and CopyCat, I created the video at issue to educate my viewers about his conduct towards me and to others. I talked about the loser pays fee-shifting statute in copyright cases and my opinion that it was being abused. I talked about "honey pots" and predatory legal practices that firms have been known to use, questioning whether DeSouza was potentially employing that tactic. I talked about lawyers making contingency fee arrangements with copyright holders to only charge them

2

if they win the case. I talked about a former client of his who contacted me saying DeSouza did a bad job for him and, when the former client complained, he was met with threats of defamation suits from DeSouza like what I'm facing now.

I talked about what happened to me, and others, and I am proud of what I said, because I believe it educated my viewers and provided necessary exposure of concerns I had with the practice of law by DeSouza and CopyCat. None of my statements were false. My statements were both factually accurate and my opinions about Plaintiff's conduct. It also bears mentioning that DeSouza himself uses social media to create an image of himself as an industry speaker, attempting to create that perception, and making himself a target for public criticism on those issues.

What I did is both needed journalism and activism. I later learned that it resulted in Plaintiffs filing this action for defamation, deceptive and unfair trade practices, and unauthorized publication of name or likeness. Initially, I assumed this was just a scam or something not serious at all. I did file a motion to dismiss, but I didn't have counsel and attempted to use quick tools to make a fast counter, misunderstanding the seriousness of this matter. As a business owner, my priorities are growing my company and the idea of spending even $1 to resources on something I saw as trivial seemed like a waste. I understand now the seriousness of this action, and I apologize for wasting the Court's time with a poorly presented motion to dismiss.

Since that point, I spoke to DeSouza over the phone and we discussed times for a trial. We tried to have a calmer conversation, and he told me that for paperwork in this case, we'd have a very long period of time before a trial and never mentioned I had to file more paperwork at the beginning of the case. I did not understand that I was required to file an answer to the eighty-three (83) paragraphs of the complaint. I was not made aware of this until yesterday, July

30, 2026, and I did not understand the court procedures, given that I have no legal background or education. I did not understand the risk of a default until some very kind lawyers who have experience with DeSouza reached out to educate me about what is going on with the status of my case. I would like to defend this case on its merits, and prove my innocence based on my first amendment right and me doing my job as both a journalist and an educator. I also understand that I require legal counsel to defend myself and to ensure that I follow the Court's rules.

Therefore, I am respectfully requesting that the Court (1) set aside the clerk's default and (2) grant me 30 days to respond to the complaint while I seek a lawyer to assist me. I am in the process of seeking counsel and will also be separately requesting that the Court refer this case to the volunteer attorney program as I have not yet been able to secure representation for this action. I believe a have a strong defense on the merits, the reasons for making the video and the commentary contained in the video about DeSouza and CopyCat is protected speech and not actionable. That video was also needed in order to shine light on business practices being employed by Plaintiffs. I believe the jury would agree, if this case reaches that point, that I am innocent of the claims Plaintiffs have filed against me. I would respectfully request that opportunity from this Court. This case should be decided on the merits, not based on my ignorance of the legal process.

## CONCLUSION

For the reasons above, Defendant respectfully requests that the Court set aside the Clerk's Default so that this matter may be addressed on the merits.

Respectfully submitted,

*[signature]*

_____

Charles A. Peralo
21 Scarborough Circle

Rock Hill, NY 12775
charles@peralo.com
845-807-6849
Pro se Defendant

## CERTIFICATE OF CONFERENCE

I certify that on July 31, 2026, I conferred with Counsel for the Plaintiffs in a good faith

attempt to resolve the issues in this Motion but was unable to do so.

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I served a copy of this Motion to Set Aside Clerk's Default

on Plaintiff and its counsel:

Daniel DeSouza, Esq.
Talia Manreza Vives, Esq.
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com
talia@copycatlegal.com
877-437-6228

5