UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and
DANIEL DESOUZA,

    Plaintiffs,

v.

CHARLES A. PERALO,

    Defendant.



FILED BY _____ D.C.

JUL 3 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

---

## DEFENDANT'S MOTION FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM

Defendant Charles A. Peralo ("Defendant"), am a pro se party representing myself in this case, and have requested authorization to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Respectfully submitted,

*Chrly Per*

Charles A. Peralo
21 Scarborough Circle
Rock Hill, NY 12775
charles@peralo.com
845-807-6849
Pro se Defendant

1

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I served a copy of this Motion For Referral to the

Volunteer Attorney Program on Plaintiff and its counsel:

Daniel DeSouza, Esq.
Talia Manreza Vives, Esq.
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
dan@copycatlegal.com
talia@copycatlegal.com
877-437-6228

2