**FedEx**

August 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 874990201958

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | ROCK HILL, NY, |
| | | **Delivery date:** | Jul 30, 2026 17:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 874990201958 | **Ship Date:** | Jul 28, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
ROCK HILL, NY, US,

**Shipper:**
Coral Springs, FL, US,

**Reference**          Peralo - Sanctions Order

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx