$2.56 0
US POSTAGE IMI
FIRST-CLASS
063S0002207372
FROM 33065

B65001.01



CopyCat
LEGAL

N University Drive, Suite 301
l Springs, FL 33065



Charles A. Peralo
21 Scarborough Circle
Rock Hill, NY 12775