ORIGIN ID:TNTA
DANIEL DESOUZA
COPYCAT LEGAL PLLC
3111 N UNIVERSITY DRIVE
SUITE 301
CORAL SPRINGS, FL 33065
UNITED STATES US
(877) 437-6228

SHIP DATE: 01AUG26
ACTWGT: 1.00 LB
CAD: 253700425/INET4535

TO CHARLES A. PERALO
21 SCARBOROUGH CIRCLE

ROCK HILL NY 12775
(845) 807-6849
INV:
PO:
REF: PERALO - OPPOSITIONS 8/1/26
DEPT:

BILL SENDER

58KJ7/E3E4/484B



**FedEx** Express

J261026012001uv

TRK# 0201 **8751 9453 0562**

**SS MOTGG**

TUE – 04 AUG 5:00P
** 2DAY **

SWFA 12775
NY-US SWF

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.