IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL DESOUZA,

Plaintiffs,

v.

CHARLES A. PERALO,

Defendant.

---

**NOTICE OF FILING DEFENDANT'S EMAILS**
**REGARDING REPLY TO MOTION FOR DEFAULT JUDGMENT**

Plaintiffs CopyCat Legal PLLC and Daniel DeSouza (collectively, the "Plaintiffs") hereby give notice of the attached series of August 13, 2026 e-mails from defendant Charles Peralo ("Defendant") in response to Plaintiffs' service e-mail of the reply memorandum in further support of their motion for default judgment.

Further, while undersigned counsel cannot independently confirm whether Defendant complied with the Court's July 28, 2026 Sanctions Order [D.E.], Defendant's responses thereto (sent the same day in response to Plaintiff' service e-mail of the Sanctions Order) strongly suggest that Defendant failed to comply therewith (and likely did not bother reading it given the nature of Defendant's e-mails):

Re: SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Le... Summarize

CP Charles Peralo <charles@peralo.com>
To Pleadings
Cc Daniel DeSouza; Talia Manreza

Reply | Reply All | Forward | ...

Thu 7/30/2026 11:13 AM

Oh btw, dumb and dumber...

You told me in a call which is recorded this case would have almost a year and a full process.

I'm getting told now by people who don't like you guys much that you filed a motion for a default judgement and I've not been informed of that.

That goes against everything you told me on the phone.

I'm telling you man. Just drop this and things won't get way worse for you.

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Tuesday, 28 July 2026 12:06:31
**To:** Pleadings <pleadings@copycatlegal.com>
**Cc:** Daniel DeSouza <dan@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Legal PLLC v. Charles A. Peralo

Another thing...

I'm pretty sure I can make a bar association complaint that you guys use your abilities as lawyers to make frivolous lawsuits and just get people to spend money, when you guys don't have to.

Like, that guy who messaged me saying you did an extremely shitty job representing him.

He said you threatened to sue him if he fought back exposing your bad work and had a panic fearing that lawsuit. Knew he'd win, but the cost of fighting back is absurd.

Like dudes... You don't have a case against and if this sees a trial, which it won't, you'll just get Danny boy over there taking it in front of the ass in front of the jury.

If it's a whooping your after, papa will give it to Danny boy, but I can promise you going forward will cause 1000x more harm than good.

**From:** Pleadings <pleadings@copycatlegal.com>
**Sent:** Tuesday, 28 July 2026 11:23:44
**To:** Charles Peralo <charles@peralo.com>
**Cc:** Daniel DeSouza <dan@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Legal PLLC v. Charles A. Peralo

| | |
|---|---|
| **Court:** | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| **Case No.:** | 0:26-cv-60910-DSL |
| **Plaintiff(s):** | COPYCAT LEGAL PLLC and DANIEL DESOUZA |
| **Defendant(s):** | CHARLES A. PERALO |
| **Title of Document(s):** | Sanctions Order (with an 8/14/26 deadline) |
| **Sender's Name:** | Daniel DeSouza, Esq. |
| **Sender's Telephone No.:** | (954) 900-9014 |

Dated: August 17, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
talia@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
Talia Manreza Vives, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on August 17, 2026, the foregoing document was served via US Mail to: Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775, and via e-mail to charles@peralo.com.

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

**Daniel DeSouza**

| | |
|---|---|
| **From:** | Charles Peralo <charles@peralo.com> |
| **Sent:** | Thursday, August 13, 2026 10:03 PM |
| **To:** | Daniel DeSouza |
| **Cc:** | Efrosini Cruz; Talia Manreza |
| **Subject:** | Re: Activity in Case 0:26-cv-60910-DSL DeSouza et al v. Peralo Reply in Support of Motion |

Hey, did you sue the writers of game of thrones for the final season?

Because that's like $500,000 emotional damage all things considered.

Like seriously dude... While every claim you are making is total bullshit, the emotional damage one is basically just stating to the government "I'm a pussy"

Get Outlook for iOS

---

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Thursday, 13 August 2026 21:12:20
**To:** Daniel DeSouza <dan@copycatlegal.com>
**Cc:** Efrosini Cruz <efrosini@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** Re: Activity in Case 0:26-cv-60910-DSL DeSouza et al v. Peralo Reply in Support of Motion

Also, for the claim I did $750,000 to your emotional health, I gotta ask who else is getting billed?

Cold fries at Five Guys?

$10,000 lawsuit!

The princess at Disney doesn't wave you to you?

$50,000 lawsuit!

Long line at Costco!

$150,000!

I mean... You had a video expose the truth about you and now you need $750,000 a warm milk and cookies to feel better?

Are you insane?
Did you graduate from South Harmon law school?
Did you get hurt as a kid?

Get Outlook for iOS

---

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Thursday, 13 August 2026 14:34:36
**To:** Daniel DeSouza <dan@copycatlegal.com>
**Cc:** Efrosini Cruz <efrosini@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** Re: Activity in Case 0:26-cv-60910-DSL DeSouza et al v. Peralo Reply in Support of Motion

Dude… 2.1 million dollars?

Are you that much of a joke to think any human thinks I did $20 of damage to you?

Anyway, this should be settled pretty easily with your petty crying and I have no doubt with getting things in order will be easily dismissed.

Also for what it's worth, you should have probably picked a practical number. It's like the episode of the Simpsons Bart wants to go to camp and pretended his D's were all A's and Homer laughs.

I think I'll make another video though…

And another…

And another…

I'll also gladly get this in media and see my dancing monkey have some real damages.

Hell, if you want, I'll gladly rush this into a court room, so the jury can laugh and I call all your clients in.

Get Outlook for iOS

---

**From:** Daniel DeSouza <dan@copycatlegal.com>
**Sent:** Thursday, 13 August 2026 14:23:30
**To:** Charles Peralo <charles@peralo.com>
**Cc:** Efrosini Cruz <efrosini@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** FW: Activity in Case 0:26-cv-60910-DSL DeSouza et al v. Peralo Reply in Support of Motion

Please see the attached reply memorandum which was filed today. Copies will follow via US Mail and FedEx.

---

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Thursday, August 13, 2026 1:53 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 0:26-cv-60910-DSL DeSouza et al v. Peralo Reply in Support of Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each**

**document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered by DeSouza, Daniel on 8/13/2026 at 1:53 PM EDT and filed on 8/13/2026

| | |
|---|---|
| **Case Name:** | DeSouza et al v. Peralo |
| **Case Number:** | 0:26-cv-60910-DSL |
| **Filer:** | CopyCat Legal PLLC<br>Daniel DeSouza |
| **Document Number:** | 45 |

**Docket Text:**
**REPLY in Support of Motion re [32] MOTION for Default Judgment *PLAINTIFFS MOTION FOR DEFAULT FINAL JUDGMENT (LIABILITY ONLY)*. filed by CopyCat Legal PLLC, Daniel DeSouza. (DeSouza, Daniel)**

**0:26-cv-60910-DSL Notice has been electronically mailed to:**

Daniel DeSouza ddesouza@desouzalaw.com, christine@copycatlegal.com, hthomas@desouzalaw.com, meghan@copycatlegal.com, pleadings@copycatlegal.com

Talia Martha Manreza Vives pleadings@copycatlegal.com

**0:26-cv-60910-DSL Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Charles A Peralo
21 Scarborough Circle
Rock Hill, NY 12775

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/13/2026] [FileNumber=27022504-0] [7b62cb1a3509f687d9732b1ae36b019a24fd995c63985b686394e52334dafb8310 96c1006e0642786c9a206f68a0a45cc620cb2a2e310b13f9c1bbc4da3aba60]]