**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60910-LEIBOWITZ/AUGUSTIN-BIRCH**

**COPYCAT LEGAL PLLC and**
**DANIEL DESOUZA**,

*Plaintiffs*,

*v.*

**CHARLES A. PERALO**,

*Defendant.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Motion for Referral to Volunteer Attorney Program (the "Motion") [ECF No. 38], filed July 31, 2026. After careful review, the Motion [**ECF No. 38**] is **DENIED**.

There is no constitutional right to counsel in a civil case. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Heinisch v. Bernardini*, 79 F. Supp. 3d 1329, 1330 (S.D. Ga. 2015). "Appointment of counsel in civil cases is, rather, a privilege 'justified only by exceptional circumstances,' such as the presence of 'facts and legal issues [which] are so novel or complex as to require the assistance of a trained practitioner.'" *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (quoting *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)). "The key is whether the *pro se* litigant needs help in presenting the essential merits of his or her position to the court." *Id.*

Defendant offers no reason to believe this case is so exceptional that the appointment of counsel is warranted. [*See* ECF No. 38]. To the contrary, the facts underlying Plaintiffs' claims are not complicated or unusual and the law governing the claims is well established. [*See* ECF No. 6]. Further, Defendant has demonstrated an ability to defend himself, such as in his Motion to Dismiss [ECF No. 9]. *See Kilgo*, 983 F.2d at 193. Remarkably, Defendant does not even affirmatively represent

that he cannot afford a lawyer—he merely says he is "a pro se party representing [him]self in this case and [has] requested authorization to proceed in forma pauperis pursuant to 28 U.S.C. 1915 ***or*** [is] otherwise unable to afford a lawyer." [ECF No. 38 (emphasis added)]. That final, conclusory clause, which follows the disjunctive "or," is nowhere near enough to entitle Defendant to counsel.

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 38**] is **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on August 17, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Charles A. Peralo, *pro se*
21 Scarborough Circle
Rock Hill, NY 12775