IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL DESOUZA,

Plaintiffs,

v.

CHARLES A. PERALO,

Defendant.

**NOTICE OF FILING PROOF OF FEDEX DELIVERY**

Undersigned counsel hereby gives notice of filing the attached FedEx Proof of Delivery of the Court's Order Denying Motion for Referral to Volunteer Attorney Program [D.E. 48], delivered upon defendant Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775, on August 21, 2026. See the attached proof of FedEx delivery.

Dated: August 31, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
talia@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
Talia Manreza Vives, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza

Daniel DeSouza, Esq.