FedEx

August 31, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 875935836138

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 21 SCARBOROUGH CIRnull |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | ROCK HILL, NY, 12775 |
| | | **Delivery date:** | Aug 21, 2026 12:10 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 875935836138 | **Ship Date:** | Aug 19, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Charles A. Peralo,
21 Scarborough Circle
ROCK HILL, NY, US, 12775

**Shipper:**
Daniel DeSouza, Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL, US, 33065

**Reference** Peralo - Order Denying DE 38

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx