IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL DESOUZA,

Plaintiffs,

v.

CHARLES A. PERALO,

Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND/OR RENEWED MOTION FOR DEFAULT JUDGMENT**

Plaintiffs CopyCat Legal PLLC and Daniel DeSouza (collectively, the "Plaintiffs") hereby request an extension of time to file a Second Amended Complaint and/or renewed Motion for Default Judgment, and in support thereof state as follows:

1. On September 9, 2026, the Court entered an Order Denying Motion for Default Final Judgment (the "Order") [D.E. 55]. The Order requires that Plaintiffs file a Second Amended Complaint and renewed motion for default judgment on or before September 18, 2026.

2. On September 17, 2026, Plaintiffs filed their Motion for Reconsideration of Order Denying Motion for Final Default Judgment (the "Motion for Reconsideration") [D.E. 58].

3. Because the Motion for Reconsideration seeks reconsideration of that portion of the Order requiring the filing of a Second Amended Complaint, and because a renewed motion for default judgment depends on whether the First or Second Amended Complaint will be the governing pleading at the time, Plaintiffs request that the Court extend the deadline to comply with the Order until after disposition of the Motion for Reconsideration.

4. The requested relief is made in good faith and the relief being sought will neither unfairly prejudice Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order: (a) granting this Motion; (b) extending or staying the deadline to comply with the Order until after disposition of the Motion for Reconsideration; and (c) for such further relief as the Court deems proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATE**

Prior to filing this Motion, Plaintiffs attempted to confer with Defendant concerning the relief requested. Rather than appropriately confer, Defendant sent a series of e-mail responses, including one wherein he states "Hell, I'd bet any amount of money that around the office they probably give you nicknames like potato head and bitch tits. Water cooler talk 'Oh look at little bitchy tits over there! He got a wedgie in school and ate himself until his tits were bigger than his mommy's and they gave him titty twisters after.' That's what everyone thinks of you." In another e-mail, he stated "[i]f you send me a video of you doing an impression of this character [attaching a comic strip] going 'I'm telling', sure! If not, I don't think so." Plaintiffs interpret these e-mails as Defendant not agreeing to the subject relief.

Dated: September 18, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on September 18, 2026, the foregoing document was served on Defendant via US Mail/Federal Express to Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775 and via e-mail to: Charles@Peralo.com.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.