**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

COPYCAT LEGAL PLLC and
DANIEL DESOUZA,

Plaintiffs,

v.

CHARLES A. PERALO,

Defendant.

Case No. 0:26-cv-60910-DSL

FILED BY Cwc D.C.
SEP 29 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## DEFENDANT CHARLES A. PERALO'S COMBINED MOTION TO SET ASIDE CLERK'S DEFAULT, FOR RECONSIDERATION OF SANCTIONS, AND FOR LEAVE TO SUBMIT LETTER TO THE COURT

Defendant Charles A. Peralo, proceeding pro se, respectfully moves the Court to (1) set aside the Clerk's Default and permit Defendant to defend this action on the merits; (2) reconsider or modify the $1,000 monetary sanction imposed on July 28, 2026; and (3) grant leave to submit the attached letter as Exhibit A for the Court's consideration.

This action was filed on March 31, 2026. Defendant acknowledges that he misunderstood and failed to comply with portions of the litigation process while proceeding without counsel. Defendant now seeks an opportunity to present his defenses, comply with future deadlines and orders, and obtain resolution on the merits rather than by default.

## MOTION TO SET ASIDE CLERK'S DEFAULT

Defendant asks the Court to set aside the Clerk's Default under Federal Rule of Civil Procedure 55(c) and permit him to respond to Plaintiffs' operative complaint. Defendant contends that he has substantive defenses to Plaintiffs' claims, including that challenged statements were opinion, commentary, rhetorical hyperbole, substantially true, or otherwise protected speech; that Plaintiffs have not established the required elements of their claims; and that deciding the controversy on the merits would not unfairly prejudice Plaintiffs.

## MOTION FOR RECONSIDERATION OR MODIFICATION OF JULY 28 2026 SANCTIONS ORDER

Defendant asks the Court to reconsider or modify the $1,000 monetary sanction imposed on July 28, 2026. Defendant does not intend disrespect toward the Court. He asks the Court to consider his pro se status, his misunderstanding of the litigation process, his present attempt to participate, and the alternative proposals described in Exhibit A.

## MOTION FOR LEAVE TO SUBMIT LETTER TO THE COURT

Defendant asks for leave to submit the attached letter as Exhibit A. The letter sets forth Defendant's factual position, defenses, objections to Plaintiffs' requested relief, position concerning damages, and request concerning the monetary sanction.

WHEREFORE, Defendant respectfully requests that the Court set aside the Clerk's Default, permit Defendant to respond and defend this action on the merits, reconsider or modify the July 28, 2026 monetary sanction, accept and consider Exhibit A, and grant any further relief the Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

[Before filing, replace this sentence with the date and method used to confer with Plaintiffs' counsel and state whether the motion is opposed, unopposed, or no response was received.]

Respectfully submitted,

CP

Dated: September 17, 2026
/s/ Charles A. Peralo
Charles A. Peralo, Pro Se
21 Scarborough Circle
Rock Hill, New York 12774
Telephone: 845-807-6849
Email: Charles@Peralo.com

## CERTIFICATE OF SERVICE

I certify that on September 17, 2026, I served a true and correct copy of this Combined Motion and Exhibit A by U.S. Mail and email upon:

Daniel DeSouza, Esq.
CopyCat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, Florida 33065
dan@copycatlegal.com

/s/ Charles A. Peralo
Charles A. Peralo

Charles A. Peralo
21 Scarborough Circle
Rock Hill, NY 12775

9589 0710 5270 1871 3106 39

Retail

UNITED STATES POSTAL SERVICE

33301

RDC 03

U.S. POSTAGE PAID
PM
TRENTON, NJ 08608
SEP 17, 2026

$20.05

S2324N503837-70

United States District Court
Southern District of Florida
299 E. Boward Blvd.
Fort Lauderdale, FL 33301

Case No: 0:26-cv-60910-DSL

9589 0710 5270 1871 3106 39

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®