# EXHIBIT A
# LETTER TO THE HONORABLE DAVID S. LEIBOWITZ

To the honorable Judge Liebowitz,

Starting this off, I'd request anyone reading this review the two links shown here.

https://www.tiktok.com/t/ZP837qHpM/
https://www.tiktok.com/t/ZP83vA5Wu/

These are links to two videos for why we are all here. If someone can't activate them via paper, all they need to do is type in "Charles Peralo Scamm Dan" and "Charles Peralo this guy is trying to sue me" on TikTok and both will come up quickly. I can also happily directly message the links if requested.

Anyway, this message is a bit unconventional in nature, but given the situation that I've been met by a junk lawsuit from a clearly insecure and dishonest individual, I don't wish to act with a formal lawyer and the traditional way. Instead I wish to in an unfiltered way explain exactly what's going on and why the person suing me is wasting my time, tax dollars, your time and his own time.

**How this began**

For background, I'm a content creator on YouTube, TikTok and other platforms now with 3+ million total followers and am thankful to say I've had over 3 billion views in my career spread over thousands of videos that are all original and me speaking. In those videos, I do use images I find to help tell a story, which fall under fair use, due to them being for education. I have several times been hit with lawsuits over those images and every time responded back saying they are a scam and nothing ever amounted to anything, likely due to my instincts being correct. That was until Dan DeSouza showed up.

I got an email from his practice claiming I was being sued for potentially millions of dollars over the use of 15 images in TikTok videos. A pretty bold claim, but I got told in the email I could act now and get a deal of only having to pay a little over $400,000 in settlements. A real deal!

I opted to respond like I always do, which was politely calling the sender a scammer and said find a new ambulance to chase. I did so here, but also looked up Dan's firm.

They never won any big cases reflective of the numbers they were claiming...
They had a section to their site which was an article addressing if they were copyright trolls...
They had no wins related to suing content creators, images on social media and just nothing of value.
I thought they were some scam and settle operation, where they send out countless emails, hope to reel a fish in as a sucker and maybe one bites writing a check for $10,000. I got on the phone with a paralegal on his team and she more or less confirmed my theory. She said they sue 4,000 people per year, but failed to state any wins or settlements to me. My assumption was this was

just a complete fraud. I did email her my middle finger, but at that moment, I took them as seriously as the Saudi Prince saying he wants to give me a million dollars. Things even got worse when I spoke to Dan…

Before talking to Dan on a call, he wrote an email back which made me pretty sure this was all a joke. He commented on the length of my finger nails in the photo I sent, I believe he criticized my look in my videos and other insults matching mine. I didn't think this was a real lawyer and this was just some overseas scam artist for a moment. I demanded a phone call and he complied.

We got on a call and it was a heat of words. I asked if he ever won a case for close to the $400,000+ he wanted. He didn't reply. I knew he didn't, because the victories he cites on his site aren't even 20% of that number. He decided to brag to me that in the last couple years he won a case for $200,000 over a dispute in California. Again, not even half of what he wanted to settle with me for, but I guess that was the best he can do. I took that claim about as serious as the tooth fairy and we ended the call.

Later that night he sends me the file of his clients information, showing all these details into the case and how he won $207,000. I did a little reading and to put it bluntly, he won jack. He won $10,000 from a doctor in California who used an image on his website that was one of Dan's clients. The doctor likely got sucked into a honey pot where the guy who built it wasn't even aware it was owned by someone. The image also added no meaningful commerce or monetary value to the doctors practice. Dan won the $10,000 for his client, but used the loser pays clause in the copyright court to charge this doctor $197,000 for a three day trial. Which the amount of hours he billed makes NO SENSE AT ALL when factoring how previously his paralegal said they do 4,000 cases a year. It just didn't add up.

This angered me!

I also had in that conversation with Dan an insult from him. When I mentioned he probably sends countless lawsuits out a year, he more or less admitted to it saying some people aren't worth suing. His calls are recorded and I'd like him to provide all of our calls to the courts. It also angered me when he mocked my profession, saying I'm a TikToker and that's how I spend my life, clearly mocking what I do.

I decided to strike back!

I made a video detailing why I felt the $197,000 was a massive fault of our legal system, mocked his practice as a spam and settle operation and stated the facts when they were facts and also theories about speculation in bad tactics his industry uses, he didn't prove he doesn't.

Since that point, his initial lawsuit to my knowledge has been dropped and as I predicted went ABSOLUTELY NOWHERE. However, to save his own ego, he has provided the court with a bunch of bad claims for a lawsuit against me that wanted over 2 million dollars.

This is a joke…

This is a waste of everyone's time, a massive disservice to his own clients and I'd like to explain why in a bit more detail shown below.

**Why his claims are wrong**

**Claim One-Scamming Dan**

In both my videos, I repeatedly called him Scamming Dan. A nickname I take a lot of pride in giving him and hope catches on. It was also a reference to the SpongeBob episode, where they have a joke called "Dirty Dan" if Dan would now like to try and sue me for that saying he represents paramount.

Calling him that, my reason for saying it's not defamation is a mix of things. There's a clear freedom of speech element to it. If someone is selling a faulty or overpriced product, one can call it a scam or ripoff. In Dan's case, the approach of sending settlement emails to countless people with little intention to follow through over minor claims of images is what I'd call a scam. There's also the reality Dan in his social media for Copycat Legal has tried to make himself a figurehead in the legal space for copyright lawyers. This moves him into being a public figure, which allows people to state opinions on it. There's also the creation of a character to explain what's going on to an audience. If a person can't give a nickname for a person in a sort of humorous way, President Trump would have been sued now for 10 trillion dollars at this point.

This is part of freedom of speech and allowed in journalism, where it helps the viewer and creates an opinion of a profession and tactics. There's also again him wanting to be a public figure in this space, so again, this kind of thing is a part of the job.

**Claim Two-The $197,000**

Dan has sued me saying I was wrong to call him out for how he won $197,000 via the loser pays method in the copyright court, saying due to it being challenged and him winning, it's fine and I was in the wrong mentioning it.

Well… So?

I didn't like how OJ Simpson and Casey Anthony got off. I don't think they'd have a right to sue me for saying it was BS.

That part of the video was to provide education to my audience on why the loser pays clause in the copyright court system is terrible. It makes it so lawyers like Dan represent people with these cases often that are economically worth pursuing normally, but Dan hopes to get them a small check, so he can charge insane legal fees on the losing party. He also takes nothing from his clients, so it's almost a no risk situation and at 4,000 lawsuit attempts per year, very likely it's often the same paperwork and same cases reused in a factory style system, requiring less work than applied.

I have MASSIVE issues on why this is an abused part of our legal system and chose to educate viewers on what's going on. That's not defamation, but that was using Dan as an example of the failure in public policy going on and how nonsense lawsuits are filling up everywhere.

Nothing I said was remotely false, it was all an opinion on federal policy and again my first amendment rights to explain the nonsense of Dan.

**Claim Three-My conduct**

Dan has tried to create this character of me citing numerous examples of me cursing him and his staff out.

For that… I don't deny or apologize!

I don't like what his firm does and find it predatory. There's a lot of worse words I'd enjoy using I didn't use, because I'd prefer for Dan to hear them to his face over an email. I also think after receiving a lawsuit threatening me for $400,000 over nonsense which makes my business less investable and more of a liability, I had a right to be angry speaking for countless others he negatively impacted.

But… This isn't relevant to the lawsuit!

He keeps bringing this up over and over and some of the claims aren't even true. For example, on numerous occasions, he's saying I used the C word to talk to his paralegal. That isn't true at all. Her and I had a conversation end, she left the call after I yelled for her not answering when I asked to name the biggest amount they ever won and when she was gone, assuming she hung up I said "What a c***". I wouldn't do it to an older woman on a phone normally, but just assumed she left and it was an expression of thought. Again, Dan has this recorded and I'd enjoy for him to provide that audio.

Also, even if I am a monster. Even if I was disrespectful. This isn't what the case is about. This is a defamation case, not a harassment case!

Why he continues to bring this up is just an attack on my character to distract from how his lawsuit is built on tissue paper and a drop of water can end it.

**Claim Four-Him picking his nose and other claims he makes over his shot to death pride.**

In my second video, to make a demonstration about the use of satire to use images under fair use, I had ChatGPT take a photo of Dan and show him picking his nose in the video. To be clear, originally I requested an image of Dan having urinated himself crying, but Chat wouldn't allow it, so I had to settle for the nose pick.

For this, that was education for my audience on copyright, fair use, satire and using the lawyer suing me for not understanding that was a great way for me to express that to an audience. On top of that, Dan again has used social media in numerous videos to try and present himself as a public figure on the topic, so this is another subject of criticism he puts on himself entering public life.

On top of that, what are the limits of someone using an image like that?

Can someone no longer take an image and put an X over it?
Can someone no longer put a tear under an eye?
Can someone no longer do an illustration or cartoon of a person like what's been shown in newspapers for around 150 years?

Where does this line draw that to talk about fair use and parody, I can't take a person who sues people saying they don't have fair use rights and demonstrate parody on them to make a point teaching thousands of people?

It's a very strange rabbit hole, where we do have the right to make humor if held with some dignity and for this, Dan should just take a joke like an adult.

**Claim Five-Honepots**

Dan in his claims goes after me saying I said him and his clients use honey pots to find new people to sue. Honey pots is an industry nickname for planting images online on sites, where people think they are free and the intention is to sue them after they make the mistake. It is a well known practice that's been documented countless times and it's immoral.

In the video, I never said for fact he is doing it, but I said he probably is. There's an extremely big difference in defamation between saying something as fact and saying something as a strong theory. In the case of Dan, I never claimed that part as fact, but mentioned it as something people need to be aware of.

I'd also like to bring up that there's a line here again, where we might not be able to say facts on people, but can give strong warnings.

A person accused of violence before can have someone give a public warning to be cautious around them off those theories.
A mechanic accused of making up issues with a car can get people warning them off theory.
In Dan's case, I said a very very strong theory that his clients use honey pots, didn't call it an absolute fact and this was a warning for viewers of what's going on in the industry.

On top of that, Dan has never provided a case his clients don't. If he is willing to self investigate his clients asking how the people they sue found the images, I don't think the answer for how they reached Google would be pleasant for his customers. If this case isn't dismissed, I hope to summon every single client of his to the stand and ask them myself.

Until that point though, this is Dan misstating my words, where I said a theory about a practice he is involved with form his clients, he failed to prove he isn't and is lying I stated this as fact to the court.

**Other claims**

At this point, I would make it clear I didn't read the majority of what Dan sent. There was so much nonsense there and so many hours in the day that can go to more productive things. I do think however this took down the house of cards on his main points, is enough to justify ending this case and if not, happy to look and find more ways to bust him.

**Why his demands are insane**

For this section, I just want to go on what Dan is requesting from me as punishment and why this is just a massive joke to me, the court and Dan himself.

Dan has expressed he wants 2 million dollars in damages... For what?

**Claim one-Mental damage**

Dan is making this claim that two TikTok videos have given him grounds to request $750,000 in mental damage for the stress I gave.

Has he attended therapy?
Has he shown evidence this has impacted his work and is only sending 80 spam lawsuits a day instead of 100?
Has he begun taking any prescriptions?
He's throwing out this massive number, claiming that two TikTok videos which were in my first amendment rights to do somehow gave him a mental damage that is more than what a neurosurgeon makes in a year. There's simply no logic to it from any economic standpoint and no backing from any point of view, especially medical.

On this note, I am not willing to pay him $750,000 on the claims I drove him to the nut house. That said, I will gladly send him a Teddy Bear in the mail with my name on it and a note saying "We can still be friends" if he wishes. That probably is more in line with the grounds of mental headache I've caused him over mental damages.

**Claim Two-Monetary loss**

Dan has requested over a million dollars from me in damages for lost business and reputational risk.

Has he provided accounting to show numbers in his business are down?
Has he publicly charged less money?
Has he laid off any staff?
From Dan's notes, he cited three instances of this hurting his business.

One was him saying he was in deep talks about representing a person who watched my video and pulled from the deal. For that, has Dan provided what percent of deals he begins talks with that don't close? Has Dan provided any information on deal size? Has he provided what kind of work it entailed?

To my knowledge he hasn't. For all we know at this point, it could have been a person he had 2-3 phone calls with and used this as an excuse to decline Dan. Also, if Dan opened his books into how many prospective clients he talks to a year, I'd want to see what percentage of introductions lead to business. If he talks to 100 prospective clients per year that don't work, how is losing 1 client over a claim of a TikTok video anything that relevant when it could have just been a factor in countless reasons other clients use.

On top of that, again everything in my videos were honest, told warnings for this industry and to be blunt, I'm glad he lost business. If a customer at a restaurant has bad service, makes an honest negative review and it discourages future customers, that is just part of business. This is a review for some very negative claims and if it cost him business, that's on him.

The second impact to business is one of my subscribers watched my video and gave him a negative yelp review over it. This is again not illegal. I asked people to spread the story of what lawyers like Dan do online and mention it in reviews. If people are unhappy with practices going

on in a firm, they have the right to speak out on it. This is also to my knowledge a singular yelp review. If Dan is telling the truth he sues 4,000+ people per year, he should be flooded with positive reviews and this negative review wouldn't be of an economic consequence.

I'd also like to add that him having in a paper to the court cited a singular negative yelp review by a random person who watched my video as further evidence this is a joke.

The third claim is an ongoing client of his who brought the video up to him. He suffered ZERO losses off the video from that client, where he didn't mention any lost business. He simply said his client wasn't happy with the video, which again, I had the right to do, told the truth and Dan is upset his clients might have learned details they didn't want or maybe don't want unneeded attention for what I believe that many affiliated with him are doing.

All three of these claims fail to me to justify 1+ million dollars in economic damages, especially when nothing I did was wrong or against my rights at all.

Adding to this, I did to avoid wasting my time approach Dan earlier this year and ask him what it'd take to drop all this. I wasn't promising much and my hope was we do a deal we just agree to never discuss the other again.

Dan requested $15,000 from me as settlement.

My counter offer was we each donate $5,000 to charity as good sportsmanship and he allows me to do more in depth research into his firm. If I find nothing wrong, I'd do a video saying he did it well. He didn't accept and just wanted quick cash.

That said, that offer of $15,000 as a settlement going to now him wanting over 2 million dollars in a period of 2 months is just a joke. I also wouldn't give him 15 cents for what it's worth at this point.

All of this suggests this is just a money grub from him and an attempt to scare other people away from exposing the truth about him and his awful work.

So closing this part out, the best he will get from me in my counter is a teddy bear named Charles Peralo he can cuddle with at night. That's all I'm offering and maybe 14 cents.

**Why we should drop this case**

Continuing this, my reason I am asking for this case to be dropped is it makes no sense and exists only due to the petty nature of an insignificant and insecure lawyer some extremely questionable practices about him and his industry got put into light.

I have first amendment rights!
I said facts when facts and theories when theories!
I educated hundreds of thousands of people!
I'm not a lawyer. Anyone can read this and know that. I am however a journalist who uses social media to educate people with fun.

The idea Dan tried suing me for an image lawsuit that is currently dropped and is just focused on a defamation case over shot pride is insane. It's also insane a person can try taking time and resources from a business owner this easily, to the point he can just ask for 2 million dollars and

if I don't try to spend money and time fighting it, I am at risk of being bankrupted over a frivolous lawsuit.

He also has a history of this.

One of his former clients reached out to me saying he lost a case Dan represented him on. The paperwork to this claim was done very very poorly by Dan and he had to pay tens of thousands in loser pays. That client asked Dan to put it with his malpractice, because Dan he felt was at fault.

Dan didn't…

That client told me Dan threatened him saying if he goes public, he will sue him for defamation. I told the guy Dan had no case and he in this sense of extreme fear and emotional discomfort said yes, but he can't afford to pay a lawyer $600 an hour, basically crying in communication over it.

This is what Dan does!

He is choosing to silence any criticism, because for him as an attorney "being generous calling him that", he can just sue anyone he wants, pay a small fee to get a lawsuit started and people who don't have much either get shocked into legal fees fighting him or have to pay settlements in some form. It's a grift and feels like the bar should be informed of this.

I ask the court to dismiss Dan for never having a valid case at all, going against my freedom of speech and also showing clear abuse of his legal license and abilities over others, including people who he hired to represent him.

This is all unethical and a joke wasting tax dollars.

**Why I'm not paying $1,000 to the court**

Outside of that, I was informed due to a paperwork issue, I have to pay the court $1,000 as a fee. I've not yet done that and at this point don't wish to.

When I was sued by Dan, until a lawyer reached out to me explaining what's going on, a large part of me thought this was all some joke and I took none of it seriously. I missed dates, some of which were poorly explained by Dan and I suppose a $1,000 fee was hit.

For transparency, I make around $200,000 a year doing this. There's evidence my business is worth more than that, but while I do well, $1,000 is still .5% of what I'm averaging at this moment and that's a hit to most people.

$1,000 could be me paying editors for one of my new channels.
$1,000 could be repair work on a restaurant I'm launching.
$1,000 could be coding for projects I do.
$1,000 can also just be a plane ticket for a nice vacation when I choose to take a little break from work.

Me having not paid is no insult to the court, but it's due to my feelings Dan has been horribly dishonest in this case, provided me the wrong info in a call and taking $1,000 from me is money

going from my business and life that is just more valuable than entertaining annoyances brought to me by an insecure little man named Daniel DeSouza.

What I'd like to offer instead if the court would allow is another option.

The first is I'm an environmentalist. I pickup 100 bags of trash per year and now am recording me doing it for an environmental channel I'm working on. It's called Trash Man and I'm sure Dan would love me referring to myself as that. I am in Miami every other month. I'd be happy to spend 20 hours picking up trash, record it all, document it and send it in video format to the court as a community service over the money. It would be a give back, help far more than $1,000 would and make me feel vastly better offering that service over paying $1,000 over compliance issues with Dan.

The second option is instead of paying $1,000 to the court, I would offer to pay $2,000 to a children's charity within the district at the judge's choice. My parents who have passed away were active donors to children's Christmas charities for many years and I followed the tradition buying Christmas gifts for subscribers' families the last four years. I'd love donating $2,000 to a charity helping families for the holidays this year and happy to give back for the district of the court.

The third option and probably my favorite, Dan pays! My time was wasted, but unlike him, I'm not that petty. I feel after everything he did, if dismissed him getting stuck with $1,000 alone is a gift. There is I believe a slap clause to this claim and a loser pays element if this is dropped. I'm sure some lawyers would love to charge him $100,000 for that and give him a taste of his own medicine, but $1,000 is fine with me. He can also still get his teddy bear from me.

Anyway, I don't want it to seem that not paying the $1,000 is an insult to the court, but I'm just insulted this case exist and any of us had our time wasted on it over the nonsense of Dan.

**My opinion going forward**

Going forward as a final message, I'm happy.

I'm happy I made a video that educated people on what is wrong in our legal system, explained fair use and explained predatory tactics impacting creators, business owners and artists. I am also happy I upset, who I have no respect for.

I'm not a lawyer and I apologize I didn't hire one. That said, I just can't dignify the request made from Dan here, which are filled with lies, exaggerations and him being as I said before, Scamming Dan!

Thank you for your time!

CP