IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-60910-DSL

COPYCAT LEGAL PLLC and DANIEL DESOUZA,

Plaintiffs,

v.

CHARLES A. PERALO,

Defendant.

---

**NOTICE OF FILING DEFENDANT'S EMAIL**
**REGARDING OPPOSITION TO COMBINED MOTION**

Plaintiffs CopyCat Legal PLLC and Daniel DeSouza (collectively, the "Plaintiffs") hereby give notice of the attached October 13, 2026 e-mail from defendant Charles Peralo ("Defendant") in response to Plaintiffs' service e-mail of their memorandum in opposition to Defendant's Combined Motion to Set Aside Clerk's Default, for Reconsideration of Sanctions, and for Leave to Submit Letter to the Court.

Dated: October 14, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
talia@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
Talia Manreza Vives, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on October 14, 2026, the foregoing document was served via US Mail to: Charles A. Peralo, 21 Scarborough Circle, Rock Hill, NY 12775, and via e-mail to charles@peralo.com.

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.