**Daniel DeSouza**

**From:** Charles Peralo <charles@peralo.com>
**Sent:** Tuesday, October 13, 2026 2:39 PM
**To:** Pleadings
**Cc:** Daniel DeSouza; Talia Manreza
**Subject:** Re: SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Legal PLLC v. Charles A. Peralo

Hey idiot brigade and the fat pimple headed potato head,

You guys ever hear about the Streisand effect?

Barbara Streisand complained so hard about google earth showing her backyard, people went from not caring to making a thing over it.

You idiots completely failed in your scam and settle copyright operation, which seems clear over that going nowhere. You gave me fuel to the fire by sending me a doc bragging you made $197,000 over a $10,000 case and everyone thinks you're a crook for it. I criticized you in a video that probably didn't lose you a single one of your scumbag clients.

Now... You keep doing this and digging your grave weaker, as I'm playing with you like my toy, because you have a non case and everyone who sees this laughs at you.

You should drop this now, cry like a little girl and hope I don't get a real lawyer involved, because we will find a counter suit and bar complaint.

Just take your fat pimple covered ass and go home. Learn not to mess with people and stop being a fucking scam artist.

Move the fuck on and grow up. Also, stop crying to the court when I curse you out. I have a right to and none of that matters for the actual case.

Watch this...

Dan... You are a fat 11th rate lawyer whose staff likely makes fun of you and looks like you jack off to eat hello kitty inspired porn and rub your sperm on yourself afterwards to feel better. After that, you wear women's underwear, pose in a mirror, dance and hope one day some secretary in your office lets sniff her hair. You also are traumatic from when you pissed your pants in class, spilled an ice cream cone on yourself and got called fat boy Danny, liking not losing your virginity until age 27 to a blind chick. You also would be better off living a life licking the ooze of men's urine off the sides of urinals, which I'd not be shocked if you do.

See... I said that. I called you a fat buffoon in an email and guess what? I can! It's the first amendment, clearly meant as a satire and nothing about that was illegal or goes into your cry baby routine you stupid dolt.

Now go get a fucking Teddy bear and cry yourself to sleep, because apparently I did $750,000 in damage to your mental health. Get those dignity pants on!

Get Outlook for iOS

---

**From:** Pleadings <pleadings@copycatlegal.com>
**Sent:** Tuesday, 13 October 2026 14:27:46
**To:** Charles Peralo <charles@peralo.com>
**Cc:** Daniel DeSouza <dan@copycatlegal.com>; Talia Manreza <talia@copycatlegal.com>
**Subject:** SERVICE OF COURT DOCUMENT/CASE NO. 0:26-cv-60910-DSL - Copycat Legal PLLC v. Charles A. Peralo

| | |
|---|---|
| **Court:** | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| **Case No.:** | 0:26-cv-60910-DSL |
| **Plaintiff(s):** | COPYCAT LEGAL PLLC and DANIEL DESOUZA |
| **Defendant(s):** | CHARLES A. PERALO |
| **Title of Document(s):** | PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S COMBINED MOTION |
| **Sender's Name:** | Daniel DeSouza, Esq. |
| **Sender's Telephone No.:** | (954) 900-9014 |