UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

299 East Broward Boulevard

Fort Lauderdale, FL 33301

FILED BY [signature] D.C.

NOV 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**COPYCAT LEGAL PLLC and DANIEL DESOUZA,**

Plaintiffs,

v.

**CHARLES A. PERALO,**

Defendant.

Case No. 0:26-cv-60910-DSL

**DEFENDANT'S CONSOLIDATED REQUEST FOR LEAVE TO SUBMIT MATERIALS, FOR APPROPRIATE DISMISSAL RELIEF, AND FOR A NOTICED STATUS OR SETTLEMENT CONFERENCE**

PROPOSED MOTIONS AND SUPPORTING EXHIBITS — FOR COUNSEL REVIEW BEFORE FILING

**TO THE HONORABLE COURT:**

Defendant Charles A. Peralo, appearing pro se, respectfully submits this proposed filing and requests that the Court consider the following relief to the extent permitted by the current procedural posture. The defendant's original letter and responses are included below without rewriting his words. A draft transcript of a recorded call is attached as Exhibit A. This document does not represent that any material has already been admitted into evidence.

## MOTION 1 — REQUEST FOR LEAVE TO SUBMIT DEFENDANT'S ORIGINAL LETTER

Defendant requests leave, if required, to place his original letter before the Court as Attachment 1 in connection with a procedurally proper filing. The letter states his position in his own words. Defendant understands that a letter is not automatically a sworn declaration or a substitute for a motion supported by applicable authority.

## MOTION 2 — REQUEST FOR LEAVE TO SUBMIT RESPONSES TO THE ALLEGATIONS

Defendant requests leave, if required, to present his responses to 41 summarized allegations as Attachment 2. These responses express Defendant's position but do not necessarily constitute a formal answer admitting or denying each numbered paragraph of the operative complaint. If procedurally permitted, Defendant requests an opportunity to submit a compliant answer.

**MOTION 3 — REQUEST FOR DISMISSAL OR OTHER AVAILABLE RELIEF**

Defendant requests dismissal of claims to the extent a properly supported motion and the applicable procedural posture permit. Defendant disputes the asserted falsity, fault, causation, and damages and asserts that some statements constitute opinion or rhetorical hyperbole. Defendant recognizes that these assertions alone do not establish entitlement to dismissal. If a clerk's default has been entered, relief may require a separate motion under Federal Rule of Civil Procedure 55(c). If a final default judgment has been entered, relief may require a separate Rule 60(b) motion, with supporting facts and applicable deadlines. This document is not represented as a substitute for either motion.

**MOTION 4 — REQUEST FOR NOTICED VIDEO HEARING, STATUS CONFERENCE, OR MEDIATION**

Defendant requests a noticed video or telephone conference at which Defendant and Plaintiffs or their counsel may appear, or a referral to mediation or settlement conference. The purpose would be to clarify the issues, procedural requirements, and prospects for resolution. Defendant does not request private or ex parte discussion with the judge or chambers staff.

**MOTION 5 — REQUEST FOR LEAVE TO PRESENT RECORDING AND TRANSCRIPT**

Defendant requests an opportunity, subject to the rules of evidence and the Court's procedures, to submit the original October 27, 2026 audio recording and an authenticated transcript. The included transcript is machine-generated and has not been checked word for word against the audio. Defendant placed the call under the name "Chris" while presenting a prospective-client scenario. The statements of the firm representative are offered for consideration only to the extent they are relevant, reliable, and admissible; the recording does not by itself establish wrongdoing by Daniel DeSouza.

**MOTION 6 — REQUEST REGARDING DAMAGES AND CASE MANAGEMENT**

Defendant disputes the amounts of claimed financial and emotional-distress damages and requests an opportunity, through authorized discovery and motion practice, to examine the evidence of loss and causation. Defendant also requests any available opportunity to address procedural deficiencies and meet applicable deadlines, recognizing that pro se status does not excuse compliance.

**REQUEST FOR RELIEF**

Defendant respectfully requests that the Court (1) permit the original letter and responses to be submitted in the appropriate manner; (2) consider any properly presented dismissal or default-related motion; (3) schedule a noticed conference or mediation if appropriate; (4) permit submission of authenticated recording evidence if admissible; (5) permit appropriate procedures to contest claimed damages; and (6) grant any other relief the Court deems proper.

Respectfully submitted,

Charles A. Peralo, Defendant, pro se

Charles A. Peralo
21 Scarborough Circle
Rock Hill, NY 12775

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 1871 3402 09

Ret

UNITED ST POSTAL SE

RDC

United States District Court
Southern District of Florida
299 E. Boward Blvd.
Fort Lauderdale, FL 33301

Case No: 0:26-cv-60910-DSL

Mailing address: [INSERT COMPLETE MAILING ADDRESS]

Email: [INSERT EMAIL] Telephone: [INSERT PHONE]

Signature: ____________________________ Date: _______________

**CERTIFICATE OF SERVICE**

I certify that on [DATE], I served this document on counsel for Plaintiffs, [COUNSEL NAME AND SERVICE ADDRESS], by [AUTHORIZED METHOD]. [Complete only after actual service.]

Signature: ____________________________

**CERTIFICATE OF CONFERRAL (IF REQUIRED)**

On [DATE], I [conferred / attempted to confer] with opposing counsel regarding the relief sought. Their position is [INSERT POSITION]. [Complete according to the rule applicable to each motion.]

**ATTACHMENT INDEX**

Attachment 1 — Original letter to the Court (verbatim).

Attachment 2 — Original responses to 41 summarized allegations (verbatim).

Exhibit A — October 27, 2026 telephone-call transcript (unverified machine-generated draft).

Original audio recording — not embedded; preserve separately for authentication and production.

**PRE-FILING NOTICE**

This packet is prepared for review, not yet filed. The court address and case number must be checked against the current docket. Judge assignment, existing defaults or judgments, service requirements, and any need for separate motions or memoranda of law must be verified. Do not file an unverified transcript as certified evidence.